# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.   **17-20496-CR-UNGARO(s)**
**18 U.S.C. § 2252(a)(2) & (b)(1)**
**18 U.S.C. § 2252(a)(4)(B) & (b)(2)**
**18 U.S.C. § 2253**

**UNITED STATES OF AMERICA**

**v.**

**MARCELLO PIGOZZO,**

        **Defendant.**

_____/

FILED BY _____ **TB**
Deputy Clerk

*Nov 15, 2017*

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

## SUPERSEDING INFORMATION

The Acting United States Attorney charges that:

## COUNT 1
### Receipt of Child Pornography
### (18 U.S.C. § 2252(a)(2) and (b)(1))

On or about April 20, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MARCELLO PIGOZZO,**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT 2
### Possession of Child Pornography
### (18 U.S.C. § 2252(a)(4)(B) & (b)(2))

On or about June 29, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### MARCELLO PIGOZZO,

did knowingly possess matter, that is, a Seagate external hard drive, serial number NA4CHD9L, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

### FORFEITURE ALLEGATIONS

1.      The allegations of this Superseding Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MARCELLO PIGOZZO**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Superseding Information, the defendant, **MARCELLO PIGOZZO**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, the following property:

(a)     any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

(b)     any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation;

(c)     any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2253(b).


BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY


LISA H. MILLER
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MARCELLO PIGOZZO,

                    Defendant.
_____ /

CASE NO. _____17-20496-CR-UNGARO(s)_____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| x | Miami | ___ | Key West |
| ___ | FTL | ___ | WPB   FTP |

New Defendant(s)                No                          X
Number of New Defendants
Total number of counts                          2

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:       (Yes or No)        No
    List language and/or dialect        _____

4.  This case will take        0        days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

    | | | | | (Check only one) | |
    |---|---|---|---|---|---|
    | I | 0  to   5 days | x | | Petty | |
    | II | 6  to 10 days | | | Minor | |
    | III | 11 to 20 days | | | Misdem. | |
    | IV | 21 to 60 days | | | Felony | x |
    | V | 61 days and over | | | | |

6.  Has this case been previously filed in this District Court?   (Yes or No)        Yes
    If yes:
    Judge:          Ungaro                    Case No.        17-20496-CR-UNGARO
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?        (Yes or No)        Yes
    If yes:
    Magistrate Case No.        17-mj-02914-JG
    Related Miscellaneous numbers:        _____
    Defendant(s) in federal custody as of        June 29, 2017
    Defendant(s) in state custody as of        _____
    Rule 20 from the District of        _____
    Is this a potential death penalty case? (Yes or No)        No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?        Yes _____        No  x

                    LISA H. MILLER
                    ASSISTANT UNITED STATES ATTORNEY
                    No. A5502054

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **MARCELLO PIGOZZO**

**Case No:**            **17-20496-CR-UNGARO(s)**

Count #: 1

Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct

Title 18, United States Code, Sections 2252(a)(2) and (b)(1)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 2

Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct

Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   17-20496-CR-UNGARO(s) |
| MARCELLO PIGOZZO, | ) | |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

DAVID WEINSTEIN, ESQ.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*